# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 1, 2024

## NO. 03-24-00305-CV

**Human Power of N Company, Appellant**

**v.**

**Anthony Turturro, Appellee**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
REVERSED AND RENDERED IN PART; REMANDED IN PART –
OPINION BY JUSTICE BAKER**

This is an appeal from the interlocutory order denying appellant's motion to dismiss signed by the trial court on April 29, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order and renders judgment dismissing with prejudice appellee's counterclaims for abuse of process and malicious prosecution. The Court further remands the case to the trial court for a determination of the amount of attorney's fees, costs, and sanctions to which appellant is entitled. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.